UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. CR05-0281-JLR-JPD<br>v. )<br>) DETENTION ORDER<br>ROBERT SHANE LUCAS, )<br>)<br>Defendant. )<br>_____ ) | |

<u>Offense charged</u>:

Conspiracy to distribute methamphetamine, cocaine, and heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

<u>Date of Detention Hearing</u>:   July 26, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.   Defendant has not overcome these presumptions.

(2)   The defendant has used and is associated with several alias forms of

identification.

(3) The defendant has described a serious drug and alcohol addiction.

(4) The defendant has at least one prior failure to appear.

(5) There are no conditions or combination of conditions that would reasonably assure future Court appearances and address the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge